FILED

09/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0249

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| IN THE MATTER OF the Class D Application of Big Foot Dumpsters & Containers, LLC Application for Class D Garbage Service between all points and places within Flathead County | **Case No.: DA 21-0249**<br><br>**ORDER** |
|---|---|

Co-Appellants Evergreen Disposal, Inc. and Northwestern Energy having filed an *Unopposed Motion for Extension of Time* within which to file Appellants' Opening Brief and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Appellants' Opening Brief is due October 7, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 3 2021